**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

MOHAMMAD SHAHAB
DEHGHANI HOSSEIN ABADI

                                      Case No.1:20-cv-10114-RGS

*Petitioner,*

v.

MARK MORGAN, Acting Commissioner
    of CBP, et al.

*Respondents*

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that Plaintiff Mohammad Shahab Dehghani Hossein Abadi claims be dismissed with each party to bear its own fees and costs.

| | |
|---|---|
| MOHAMMAD SHAHAB<br>DEHGHANI HOSSEIN ABADI | MARK MORGAN, et al.<br>(Individual capacity) |
| By his attorneys, | By their attorneys,<br>Andrew E. Lelling |
| */s/ Kerry E. Doyle*<br>Kerry E. Doyle<br>Graves & Doyle<br>100 State Street, 9th Fl.<br>Boston, MA 02109<br>617-542-6400 | */s/ Eve A. Piemonte*<br>Eve A. Piemonte<br>U.S. Attorney's Office<br>1 Courthouse Way, St. 9200<br>Boston, MA 02210<br>617-748-3100 |

cell: 617-216-1248
Email: Kdoyle@gravesanddoyle.com
ATTORNEY TO BE NOTICED

Daniel L. McFadden
American Civil Liberties Union
211 Congress Street
Boston, MA 02110
617-482-3170
Email: dmcfadden@aclum.org
ATTORNEY TO BE NOTICED

Heather Yountz
Demissie & Church
929 Massachusetts Avenue
Suite 01
Cambridge, MA 02139
617-354-3944
Email: hyountz@gmail.com
ATTORNEY TO BE NOTICED

Matthew Segal
American Civil Liberties Union
211 Congress Street
Boston, MA 02110
617-482-3170
Fax: 617-451-0009
Email: msegal@aclum.org
ATTORNEY TO BE NOTICED

Stephanie E.Y. Marzouk
Marzouk Law LLC
31 Union Square
Somerville, MA 02143
651-341-0971
Fax: 617-752-2906
Email: sym@marzouklaw.com
ATTORNEY TO BE NOTICED

Susan B. Church
Demissie & Church
929 Massachusetts Avenue, Suite 01
Cambridge, MA 02139
617-354-3944
Email: sbc@demissiechurch.com
ATTORNEY TO BE NOTICED

Fax: 617-748-3969
Email: eve.piemonte@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Rayford A. Farquhar
U.S. Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3971
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Dated: June 24, 2020

CERTIFICATE OF SERVICE

    I hereby certify that this document has been filed through the ECF system and will be served on all registered parties.

Dated: June 24, 2020                  */s/ Kerry E. Doyle*
                                             Kerry E. Doyle